UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TAMAYO,<br><br>        Plaintiff,<br><br>   v.<br><br>MTC FINANCIAL, INC. et al.<br><br>        Defendants. | Case No. EDCV 09-00723 VAP (AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 19, 2009

                                                VIRGINIA A. PHILLIPS
                                                United States District Judge